## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| ITT EDUCATIONAL SERVICES, INC., *et al.*, | Case No. 16-07207-JMC-7A |
| Debtor. | **Jointly Administered** |
| DEBORAH J. CARUSO, as CHAPTER 7 TRUSTEE for ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE, INC., | |
| Plaintiffs, | Adversary No. 18-50271 |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, | |
| Defendant. | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael S. Tye hereby appears as counsel in the above-captioned adversary proceeding for the United States Department of Education, and requests that copies of all documents filed in the adversary proceeding be served at the address set forth below via ECF, and either overnight courier or First Class U.S. Mail for non-ECF materials:

Michael S. Tye
U.S. Department of Justice
Civil Division
(202) 305-2419 (telephone)
(202) 514-9163 (facsimile)
Michael.Tye@usdoj.gov (e-mail)

|  |  |
|---|---|
| P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875<br>(regular mail) | 1100 L Street, NW<br>Room 7002<br>Washington, DC 20005<br>(hand delivery/overnight mail) |
| Dated: January 17, 2020 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>JOSH J. MINKLER<br>United States Attorney<br><br>/s/ Michael S. Tye<br>RUTH A. HARVEY<br>LLOYD H. RANDOLPH<br>MICHAEL S. TYE<br><br>United States Department of Justice<br>Civil Division<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 305-2419<br>Fax: (202) 514-9163<br>E-mail: Michael.Tye@usdoj.gov<br><br>*Attorneys for the United States* |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 17, 2020, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent to all parties who receive notice through the Court's Electronic Case Filing System, and those parties may access this filing through the Court's system.

                                        /s/ Michael S. Tye