UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No.  16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| DEBORAH J. CARUSO, as CHAPTER 7 TRUSTEE for ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE, INC., | ) ) ) ) ) | |
| Plaintiff, | ) | Adversary No. 18-50271 |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE</u>**

The plaintiff, Deborah J. Caruso, as chapter 7 trustee in the above-captioned cases of ITT Educational Services, Inc., ESI Service Corp. and Daniel Webster College, Inc., by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, respectfully gives notice of the dismissal of this adversary proceeding with prejudice.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

                                                        Respectfully submitted,

Dated:  October 9, 2020                        */s/ John C. Hoard*               

                                                        Deborah J. Caruso (Atty. No. 4273-49)
                                                        John C. Hoard (Atty. No. 8024-49)
                                                        Meredith R. Theisen (Atty. No. 28804-49)
                                                        **RUBIN & LEVIN, P.C.**
                                                        135 N. Pennsylvania Street, Suite 1400
                                                        Indianapolis, Indiana 46204
                                                        Telephone:  (317) 634-0300
                                                        Facsimile:    (317) 263-9411

                                                               --and--

                                                        Jeff J. Marwil (admitted *pro hac vice*)
                                                        Peter J. Young
                                                        **PROSKAUER ROSE LLP**
                                                        Three First National Plaza, Suite 3800
                                                        Chicago, Illinois 60602-4342
                                                        Telephone:  (312) 962-3550
                                                        Facsimile:    (312) 962-3551

                                                               --and--

                                                        Timothy Q. Karcher (admitted *pro hac vice*)
                                                        Steven H. Holinstat
                                                        Russell T. Gorkin
                                                        **PROSKAUER ROSE LLP**
                                                        Eleven Times Square
                                                        New York, New York 10036
                                                        Telephone:  (212) 969-3000
                                                        Facsimile:    (212) 969-2900

                                                        *Co-Counsel to the Trustee*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2020, a copy of the foregoing *Notice of Dismissal of Adversary Proceeding with Prejudice* was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

John C. Hoard    johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Steven Howard Holinstat    sholinstat@proskauer.com
Jeff J. Marwil    jmarwil@proskauer.com, npetrov@proskauer.com;pyoung@proskauer.com;sholinstat@proskauer.com
Danielle Ann Pham    danielle.pham@usdoj.gov
Michael Tye    michael.tye@usdoj.gov
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

      I further certify that on October 9, 2020, a copy of the foregoing *Notice of Dismissal of Adversary Proceeding with Prejudice* was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

None.

                                                      */s/ John C. Hoard*
                                                      John C. Hoard

G:\WP80\TRUSTEE\Caruso\ITT Educational - 86723901\Adversary Proceedings 11-4-19\Adversary Proceedings\Dept. of Ed - 86723917\Drafts\notice dismissal.doc